**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| ANGELA FUELLING, Individually and, As Personal Representative of the Estate of JAMES FUELLING, | ) ) ) | CIV. ACTION NO. 7:22-cv-00905-HMH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ANSWERS OF DEFENDANT ECHO GLOBAL LOGISTICS, INC. TO L.R. 26.01 INTERROGATORIES |
| PRATT INDUSTRIES, INC.; PRATT (JET CORR), INC.; PRATT LOGISTICS LLC; ECHO GLOBAL LOGISTICS, INC.; S&J LOGISTICS, LLC; AND JASON RICARDO GORDON, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 26.01, the Defendant Echo Global Logistics, Inc. would respond as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE TO (A):  The Defendant is not currently aware of any such entity.

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

RESPONSE TO (B):  The Plaintiff has demanded a jury trial.

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

WBD (US) 60170231v1

RESPONSE TO (C):  Not applicable.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

RESPONSE TO (D): The Defendant does not challenge the appropriateness of this division.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

RESPONSE TO (E): No.

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

RESPONSE TO (F): The Defendant is properly identified.

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

RESPONSE TO (G): The Defendant has filed a Crossclaim against the Defendant S&J

Logistics, LLC and believes that it is entitled to indemnity from that party.  The other motorists involved in the Plaintiff's accident, including the Defendant Gordon, may be liable to the Plaintiff for their role therein.

(H)     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under

§ 1332(a).

RESPONSE TO (G): The Defendant is a corporation organized and existing pursuant to the laws of the State of Delaware with its principal place of business located in the State of Illinois.

WOMBLE BOND DICKINSON (US) LLP

By: s/David M. Collins
    David M. Collins, Esq., Fed ID. 223
    Sean D. Houseal, Esq. Fed ID 7676
5 Exchange Street
P.O. Box 999
Charleston, SC  29402-0999
Phone:  843-722-3400
Fax:  843-723-7398
David.Collins@wbd-us.com
Sean.Houseal@wbd-us.com
Attorneys for Defendant Echo Global
Logistics, Inc.

January 9, 2023

WBD (US) 60170231v1