IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| ANGELA FUELLING, Individually and as Personal Representative of the Estate of JAMES FUELLING, | ) ) ) ) | C/A No.: 7:22-cv-00905-HMH |
| Plaintiff, | ) ) | |
| v. | ) ) | **PLAINTIFF'S MOTION TO COMPEL** |
| PRATT INDUSTRIES, INC.; PRATT (JET CORR), INC.; PRATT LOGISTICS, LLC; ECHO GLOBAL LOGISTICS, INC; S&J LOGISTICS, LLC; AND JASON RICARDO GORDON | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Civil Rule 37.01 (D.S.C.), Plaintiff Angela Fuelling Miller, individually and as Personal Representative of the Estate of James Fuelling ("Plaintiff"), respectfully moves the Court to compel Defendant Echo Global Logistics, Inc. to fully answer and respond to Plaintiff's Interrogatories and Requests for Production.  Undersigned counsel certifies compliance with Rule 11 of the Federal Rules of Civil Procedure, Local Civil Rule 7.02 (D.S.C.), and this Court's filing preferences.  Further, pursuant to Local Civil Rule 7.04 (D.S.C.), a full explanation of the basis for this motion is contained herein and further memorandum would serve no useful purpose.

The basis of this motion is as follows:

- On January 24, 2023, the Court denied several of the Defendants' motions to dismiss and entered a Third Amended Scheduling Order requiring discovery to be complete no later than August 10, 2023.

- The next day, on January 25, 2023, Plaintiff served Interrogatories and Requests for Production on Defendant Echo, making its responses due on or before

1

March 1, 2023.  *See* **Ex. A,** Plaintiff's Interrogatories and Requests for Production to Defendant Echo.

- Since that time, the parties have also worked to coordinate in excess of ten (10) depositions to take place next month, including at least six (6) depositions of Defendant Echo's employees on April 3 and 4, 2023 in Chicago, Illinois.

- On February 28, 2023, the day before its discovery responses were due, Defendant Echo's counsel emailed Plaintiff's counsel seeking an extension of time to provide responses, indicating they would try to get them to Plaintiff's counsel by March 15, 2023.

- Given the upcoming deadlines and depositions, Plaintiff's counsel communicated to Defendant Echo's counsel that they were unable to provide the requested extension.

- As of this date, Defendant Echo has not provided Plaintiff with any discovery responses as required by Rules 33 and 34 of the Federal Rules of Civil Procedure.

- As a result, and in the interest of expeditiously moving this matter forward, Plaintiff filed this motion.

As noted above, and pursuant to Local Civil Rule 7.02 (D.S.C.), Plaintiff's counsel and Defendant Echo's counsel conferred regarding the requested extension and in good faith were unable to come to an agreement and resolve the matter.  Based on the foregoing, Plaintiff respectfully requests that this Court order Defendant Echo to provide full and complete discovery responses.

[Signature page to follow]

**YARBOROUGH APPLEGATE, LLC**

291 East Bay Street, Floor 2
Charleston, South Carolina 29401
(843) 972-0150 Office
(843) 277-6691 Fax
liam@yarborougapplegate.com
douglas@yarboroughapplegate.com
john@yarboroughapplegate.com

s/ Liam D. Duffy
Liam D. Duffy (Fed ID # 12249)
Douglas E. Jennings (Fed ID # 11348)
John J. Dodds, IV (Fed ID # 12646)

*AND*

**DAVID W. MARTIN LAW GROUP**
David W. Martin (Fed ID # 13673)
108 Springs Street
Fort Mill, SC 29715
(803) 855-1838
david@davidwmartinlaw.com

*Attorneys for Plaintiff*

March 2, 2023
Charleston, South Carolina

3