UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| ANGELA FUELLING, Individually and as Personal Representative of the Estate of JAMES FUELLING, | ) ) ) | Civil Action No. 7:22-cv-00905-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) ) | **DEFENDANT ECHO GLOBAL LOGISTICS, INC.'S** |
| PRATT INDUSTRIES, INC., PRATT (JET CORR), INC., PRATT LOGISTICS, LLC, ECHO GLOBAL LOGISTICS, INC., S&J LOGISTICS, LLC AND JASON RICARDO GORDON, | ) ) ) ) ) ) | **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| | ) | |
| Defendants. | ) ) | |

Defendant Echo Global Logistics, Inc. ("Echo") submits this Response in Opposition to Plaintiff's Motion to Compel (ECF No. 68).

The subject discovery requests were served on Echo on or around January 25, 2023. The undersigned counsel was newly retained after the subject discovery requests were served and first made an appearance as counsel for Echo on February 21, 2023.

Echo served responses to the subject interrogatories and requests for production and produced responsive documents on March 15, 2023. Echo's position in response to Plaintiff's motion to compel is that it has now responded to the discovery, and the motion to compel is now moot.

*<< Signature on Next Page >>*

Page 1 of 2

Respectfully submitted,

MURPHY & GRANTLAND, P.A.

*s/ Jay Thompson*
Jay Thompson, Esquire
Federal Bar No. 09846
4406-B Forest Drive
Post Office Box 6648
Columbia, SC  29260
Tel.: (803) 782-4100; Fax: (803) 782-4140

*Attorneys for Defendant Echo Logistics, LLC*

March 16, 2023

Columbia, South Carolina