AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Angela Fuelling
Individually and as Personal Representative of
the Estate of James Fuelling

*Plaintiff*

v.    Civil Action No.   7:22-cv-00905-JDA

S&J Logistics LLC,  Jason Ricardo Gordon,
Pratt Industries, Inc,  Pratt (Jet Corr), Inc.,  Pratt
Logistics, LLC,  Echo Global Logistics, Inc.,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that*:*

■ Summary Judgment is entered for Echo Global Logistics, Inc.
■ Pratt Industries, Inc.; Pratt (Jet Corr), Inc.; and Pratt Logistics, LLC- see [Docs. 155; 227].
■ Jason Ricardo Gordon and S&J Logistics LLC- see [Doc. 250].

This action was:

■ decided by the Honorable Judge Jacquelyn D. Austin, United States District Judge.

Date:  February 13, 2025    *CLERK OF COURT*

s/Alyssa Marler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*