IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| ANGELA FUELLING, Individually and as Personal Representative of the Estate of JAMES FUELLING,<br><br>Plaintiff,<br><br>v.<br><br>PRATT (JET CORR), INC.; PRATT LOGISTICS, LLC; ECHO GLOBAL LOGISTICS, INC.; S&J LOGISTICS, LLC; and JASON RICARDO GORDON,<br><br>Defendants. | C/A No.: 7:22-cv-00905-JDA<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Angela Fuelling, Individually and as Personal Representative of the Estate of James Fuelling, and Defendant Echo Global Logistics, Inc.—the only remaining parties to this action—hereby notify the Court that they have reached a settlement. If and when approved by the Court, this settlement will fully and finally resolve all of Plaintiff's remaining claims and dispose of this case in its entirety.

Plaintiff and Echo are finalizing certain terms of a written settlement agreement. Plaintiff anticipates filing her Motion/Petition for Approval of Settlement within ten (10) days. Once filed, Plaintiff can also provide a proposed approval Order to the Court (if requested) and will be prepared to appear at a settlement approval hearing at the Court's convenience.

Respectfully submitted,

**YARBOROUGH APPLEGATE LLC**
s/ Liam D. Duffy
Liam D. Duffy (Fed ID # 12249)
Douglas E. Jennings (Fed ID # 11348)
John J. Dodds, IV (Fed ID # 12646)
291 East Bay Street, Floor 2
Charleston, South Carolina 29401
(843) 972-0150 Office
(843) 277-6691 Fax
liam@yarborougapplegate.com
douglas@yarboroughapplegate.com
john@yarboroughapplegate.com

***-and-***

**DAVID W. MARTIN LAW GROUP**
David W. Martin (Fed ID # 13673)
108 Springs Street
Fort Mill, SC 29715
(803) 855-1838
david@davidwmartinlaw.com
***Attorneys for Plaintiff***

**WE CONSENT:**

**WOMBLE BOND DICKINSON (US) LLP**

*s/Sean D. Housel*
David M. Collins, Esq., Fed ID. 223
Sean D. Houseal, Esq. Fed ID 7676
5 Exchange Street / P.O. Box 999
Charleston, SC 29402-0999
Phone: 843-722-3400
Fax: 843-723-7398
David.Collins@wbd-us.com
Sean.Houseal@wbd-us.com
***Attorneys for Defendant Echo Global Logistics, Inc.***